UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| MOHAMMAD MAHDI AHMAD HASSAN QATANANI and CLAUDIA SLOVINSKY, <br><br> *Plaintiffs*, <br><br> v. <br><br> DEPARTMENT OF JUSTICE AND ITS COMPONENT FEDERAL BUREAU OF INVESTIGATION; and DEPARTMENT OF HOMELAND SECURITY AND ITS COMPONENT U.S. CUSTOMS AND BORDER PROTECTION, <br><br> *Defendants*. | Civil No.: 12-4042 (KSH) (CLW) |
| MOHAMMAD MAHDI AHMAD HASSAN QATANANI and CLAUDIA SLOVINSKY, <br><br> *Plaintiffs,* <br><br> v. <br><br> DEPARTMENT OF HOMELAND SECURITY AND ITS COMPONENT U.S. CITIZENSHIP AND IMMIGRATION SERVICES and U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; and DEPARTMENT OF JUSTICE AND ITS COMPONENT FEDERAL BUREAU OF INVESTIGATION, <br><br> *Defendants*. | Civil No.: 12-5379 (KSH) (CLW) <br><br> **Order** |

Upon consideration of the parties' cross motions for summary judgment, including all of the declarations, exhibits, and other evidence offered in support thereof, and for the reasons set forth in the opinion filed herewith,

**IT IS** on this 31st day of March 2015, hereby

**ORDERED** that plaintiffs' motion [D.E. 26 (12-4042)] is denied, and it is further

**ORDERED** that defendants' motion [D.E. 26 (12-5379)] is granted.

/s/ Katharine S. Hayden
Katharine S. Hayden, U.S.D.J.